**Motion Granted in Part; Appeal Dismissed and Memorandum Opinion filed August 5, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00852-CV

---

### FRONTERA RESOURCES CORPORATION, Appellant

### V.

### YA II PN, LTD., Appellee

---

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2020-34974**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 22, 2020. On June 15, 2021, appellant filed an unopposed motion to dismiss the appeal and vacate the enforcement order. *See* Tex. R. App. P. 42.1(a)(1). The motion to dismiss the appeal is granted. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), this court is not authorized to vacate the trial court's order on motion of appellant. *See*

Tex. R. App. 42.1(a)(1). Accordingly, that portion of the motion is denied.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, Spain.